# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 482 MAL 2014
:
                 Respondent      :
                            : Petition for Allowance of Appeal from the
                            : Order of the Superior Court
          v.                     :
:
:
:
TYRONE VINCE PORTER,          :
:
                 Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.